UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br>                Plaintiff,<br><br>v.<br><br>LUCKEN, *et al.*,<br>                Defendants. | 1:21-cv-00702-JLT-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **KING MWASI, CDCR #T-02518, VIA ZOOM VIDEO CONFERENCE**<br><br>DATE: January 18, 2023<br>TIME:  11:30 a.m. |

**Inmate King Mwasi, CDCR #T-02518**, a necessary and material witness on his own behalf in a Settlement Conference in this case, is confined at San Quentin State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** from his present institution before Magistrate Judge Stanley A. Boone on January 18, 2023, at 11:30 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of San Quentin State Prison**

    **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **December 19, 2022**          */s/ Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

