UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCKEN, *et al.*,<br><br>    Defendants. | Case No.: 1:21-cv-00702-JLT-BAM (PC)<br><br>ORDER THAT INMATE KING MWASI IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff King Mwasi is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on January 18, 2023. Inmate King Mwasi, CDCR #T-02518, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 18, 2023**

UNITED STATES MAGISTRATE JUDGE