UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| KING MWASI,<br>    Plaintiff,<br><br>v.<br><br>LUCKEN, *et al.*,<br>    Defendants. | 1:21-cv-00702-JLT-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **PLAINTIFF KING MWASI, CDCR #T-02518, <u>BY TELEPHONE</u>**<br><br>DATE: May 13, 2025<br>TIME: 9:30 a.m. |
|---|---|

  King Mwasi, inmate, CDCR #T-02518, a necessary and material witness on his own behalf in a Telephonic Status Conference in this case on May 13, 2025, is confined at San Quentin Rehabilitation Center, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by telephone (via Zoom)** before Magistrate Judge Barbara A. McAuliffe on May 13, 2025, at 9:30 a.m.

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of San Quentin Rehabilitation Center**

  **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by telephone (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **April 15, 2025**  /s/ *Barbara A. McAuliffe*
              UNITED STATES MAGISTRATE JUDGE

